IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SAVAGE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-3983 |
| | : | |
| YES CARE INC. | : | |

## ORDER

**AND NOW**, this 18th day of December 2023, upon reviewing the incarcerated Plaintiff's Complaint (ECF No. 2) consistent with our obligations to screen an incarcerated person's Complaint under 28 U.S.C. § 1915A, finding he does not plead a timely deliberate indifference claim arising from medical care in 2019 nor a basis for tolling the two year statute of limitations, and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DISMISS** the incarcerated Plaintiff's Complaint (ECF No. 2) with leave to file an amended Complaint on or before **January 25, 2024** or we will direct the Clerk of Court to close this case.

KEARNEY, J.